UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE M. BERKHEIMER,

    Plaintiff,

v.                                                                    CASE NO: 8:08-cv-1920-T-26EAJ

CITY OF ST. PETERSBURG, FLORIDA,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Treat Defendant's Rule 12(b)(6) Motion to Dismiss as a Motion for Judgment on the Pleadings under Rule 12(c) (Dkt. 23) is denied. The Court's order of September 30, 2009, entered at docket 22, did not reopen the pleadings but was in response to defense counsel's representations that Plaintiff's counsel had advised that Plaintiff was withdrawing certain claims.

**DONE AND ORDERED** at Tampa, Florida, on October 1, 2009.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record